UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROSE CLARK,

      Plaintiff,

  v.

SOUTHWEST LOCAL SCHOOL
DISTRICT, et al.,

      Defendants.

Case No. 1:23-cv-60

JUDGE DOUGLAS R. COLE

## ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that any party may, within **180 days** and upon good cause shown, move to reopen the action if the settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

      SO ORDERED.

February 2, 2024
**DATE**

DOUGLAS R. COLE
UNITED STATES DISTRICT JUDGE